## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASON WINGFIELD; JULIE WINGFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendants. | Case No.: 3:11-CV-00879-RCJ-(WGC)<br><br>**ORDER ON MOTION TO EXPUNGE NOTICE OF *LIS PENDENS*** |

Having read and considered the Motion to Expunge Notice of Lis Pendens filed by Defendants Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association (collectively "Fannie Mae Defendants"), and the court having considered the pleadings and papers on file herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that Fannie Mae Defendants' Motion to Expunge Notice of Lis Pendens is hereby granted in its entirety.

IT IS FURTHER ORDERED that pursuant to NRS 14.015, the Notice of Pendency of Action filed and recorded by or on behalf of the Plaintiff on the real property located at

837 West Bonanza Drive, Carson City, Nevada (APN 008-753-51) with the Carson City County Recorder's Office as Instrument Number 417306 is hereby cancelled and expunged, said cancellation has the same effect as an expungement of the original notice; and

    IT IS FURTHER ORDERED that the Plaintiffs shall record with the Carson City County Recorder's Office, a copy of this Order of Cancellation.

    SO ORDERED.

DATED: this 30th day of May, 2012.

HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE